UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 46 and LOCAL UNION NO. 76,<br><br>      Plaintiffs,<br>  v.<br><br>ADT, LLC d/b/a ADT SECURITY SERVICES,<br><br>      Defendant. | No.<br><br>**COMPLAINT TO CONFIRM AND ENFORCE ARBITRATOR'S AWARD** |

Plaintiffs plead as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter under Section 301 of the Labor Management Relations Act, as amended, 29 U.S.C. §185.

2. Venue is appropriate in this Court under 28 U.S.C. §§ 1391 and 1392.

### PARTIES

3. Plaintiffs International Brotherhood of Electrical Workers, Local Union No. 46 and Local Union No. 76 ("Unions") are labor organizations engaged in an industry affecting

COMPLAINT TO CONFIRM AND
ENFORCE ARBITRATOR'S AWARD - 1

ROBBLEE DETWILER PLLP
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile

commerce, within the meaning of the Labor Management Relations Act, 29 U.S.C. §142(1) and 152(5), with offices in King County and Pierce County, Washington respectively. The Unions conduct business in this judicial district.

4. Defendant ADT, LLC d/b/a ADT SECURITY SERVICES ("Employer") is an employer in an industry affecting commerce, within the meaning of the Labor Management Relations Act, 29 U.S.C. §142(1) and 152(2). The Employer does business in this judicial district and division.

## CLAIM FOR RELIEF

5. Since 1979, the Unions and Employer have been parties to a series of collective bargaining agreements covering residential and small business installers and technicians presently employed out of the Employer's Bothell and Tacoma, Washington facilities.

6. The parties' collective bargaining agreement effective June 1, 2014 through May 31, 2017 contained a grievance and arbitration procedure for the resolution of disputes arising under the agreement. The procedure culminates in binding arbitration.

7. On April 14, 2017, the Unions filed a grievance alleging that the Employer's change from a weekly paycheck system to bi-weekly paychecks was a violation of the collective bargaining agreement.

8. The parties were unable to resolve the grievance in the preliminary steps of the negotiated grievance procedure and the Unions moved the grievance to arbitration.

9. The Employer did not raise any procedural or substantive bars to arbitration and agreed to submit the grievance to arbitration.

ROBBLEE DETWILER PLLP
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile

10. The parties selected Arbitrator Michael E. Cavanaugh to serve as arbitrator. A hearing was held on January 23, 2018, at which time the parties presented evidence and argument. Following the hearing, both parties submitted post-hearing briefs to the Arbitrator.

11. Arbitrator Cavanaugh issued a Decision and Award ("Award") on March 19, 2018. Arbitrator Cavanaugh sustained the grievance and ordered the Employer to "return the employees to a weekly pay frequency as soon as it is practicable."

12. The Employer has stated that it does not intend to comply with the Award, and consistent with this stated intention, the Employer has taken no action to return the employees to a weekly pay frequency.

13. The Employer did not take action to vacate the Award within ninety days of the award.

WHEREFORE, the Unions request the following relief in their favor:

(a) For confirmation and enforcement of the March 19, 2018 Decision and Award issued by Arbitrator Cavanaugh;

(b) For an order directing the Employer to comply with the Award and return the employees to a weekly pay frequency;

(c) For an order awarding the Unions all costs of enforcing this award, including costs of suit and attorneys' fees; and

(d) For such other and further relief as the Court deems just and proper.

COMPLAINT TO CONFIRM AND
ENFORCE ARBITRATOR'S AWARD - 3

ROBBLEE DETWILER PLLP
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile

DATED this 20th day of June, 2018.

[signature]

Kristina Detwiler, WSBA No. 26448
Alyssa Au, WSBA No. 52594
Robblee Detwiler, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Phone: (206) 467-6700
E-Mail: kdetwiler@unionattorneysnw.com
         aau@unionattorneysnw.com

Attorneys for Plaintiffs
COMPLAINT TO CONFIRM AND ENFORCE ARBITRATOR'S AWARD - 4

ROBBLEE DETWILER PLLP
ATTORNEYS at LAW
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile